AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 15 2019

at 10 o'clock and 38 min. A M
SUE BEITIA, CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>TREY K. HASEGAWA, (01)<br>and<br>MATTHEW J. MIDDLETON, (02)<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)       MAG. NO. 19-00674 KSC<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 8 - 11, 2019__ in the county of __Honolulu__ in the _____ District of __Hawaii__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1951(a) | By at least on or about July 8, 2019, and continuing thereafter until on or about July 11, 2019, in the District of Hawaii, TREY K. HASEGAWA and MATTHEW J. MIDDLETON, the defendants, did knowingly and unlawfully agree and conspire with each other to obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code Section 1951 (b)(1). All in violation of Title 18, United States Code, Section 1951(a). |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Joseph Villagomez.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joseph Villagomez, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/12/19

_____
*Judge's signature*

City and state: Honolulu, Hawaii

Wes R. Porter, United States Magistrate Judge
*Printed name and title*

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MARGARET C. NAMMAR #9045
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Margaret.Nammar@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 19-00674 KSC |
| Plaintiff, | |
| v. | AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |
| TREY K. HASEGAWA, (01) and MATTHEW J. MIDDLETON, (02) | |
| Defendants. | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, JOSEPH VILLAGOMEZ, after being duly sworn, depose and state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been employed since 2014. I am currently

assigned as the Violent Crime Coordinator with the ATF Honolulu Field Office, in Honolulu, Hawaii. I am charged with the investigation and enforcement of violations of federal firearm laws and associated violations. I graduated magna cum laude with a Bachelor's of Science in Criminal Justice and obtained a Master's Degree in Public Administration and both degrees were conferred by the University of Guam. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigation Program and the ATF Special Agent Basic Training Program. I have attended numerous classes, seminars and training lectures in the investigation of criminal violations of federal laws. I have conducted multiple firearms-related investigations and obtained and executed both federal search and arrest warrants.

2. The information contained in this affidavit is based upon my personal knowledge and observations, my training and experience, as well as information obtained from other law enforcement officers and other witnesses. This affidavit is intended merely to show that there is probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter, or convey all of the facts regarding the investigation.

3. Based on the facts as set forth in this affidavit, and based upon my training and experience, there is probable cause to believe that Trey HASEGAWA

and Matthew MIDDLETON, the defendants, committed violations of Title 18, United States Code, Section 1951 (Hobbs Act Robbery).

## PROBABLE CAUSE

*7-Eleven Store robbery at the Waialae location*

  4. On July 8, 2019, at approximately 3:09 a.m., a robbery occurred at the 7-Eleven Store located at 3105 Waialae Avenue, Honolulu, Hawaii 96816. Officers from HPD responded to the store shortly after. HPD officers viewed surveillance videos that recorded the events of the robbery. Upon review of the surveillance videos, HPD officers observed a Caucasian male, slim build, wearing a white shirt with a lined design on the right side of the shirt, black shoes with white accents on the sole, and a red bandana covering the lower half of his face, enter the store with what appeared to be a revolver in his right hand. Words were exchanged between the cashier and the male. The cashier then took the money out of the register and handed it to the male. In viewing a still shot of the surveillance video, a distinguishable mole is visible on the bottom right side of the male's neck. The amount of money taken from the store was estimated to be $100.00.

*7-Eleven Store robbery at the S. King Street location*

  5. On July 8, 2019, at approximately 5:45 a.m., a robbery occurred at the 7-Eleven Store located at 2646 S. King Street, Honolulu, Hawaii 96826. HPD responded to the store shortly after. HPD officers viewed surveillance videos that

recorded the events of the robbery. Upon reviewing the surveillance videos, HPD officers noted a suspicious vehicle, a white colored van, that was within the vicinity of the 7-Eleven Store. HPD officers further observed a male exit from the front passenger side door of the van. The male, who was wearing a gray and black camouflage pattern hoodie with the sleeves rolled up and a red bandana covering the lower portion of his face, entered the 7-Eleven Store with what appeared to be a handgun in his right hand. HPD officers also observed what appeared to be a tattoo on the right forearm of the male. Words were exchanged between the male and the cashier. The cashier then opened the cash register and placed the cash drawer on the counter. The male took the cash from the cash drawer, which was later estimated to be $200.00. The male exited the 7-Eleven Store, returned to the van and entered the van from the passenger side door. An employee of the 7-Eleven store described the handgun to be a revolver.

*7-Eleven Store robbery at the Nuuanu location*

6.     On July 9, 2019, at approximately 3:56 a.m., a robbery occurred at the 7-Eleven Store located at 1602 Nuuanu Avenue, Honolulu, Hawaii 96817. HPD responded to the store shortly after. HPD officers viewed surveillance videos that recorded the events of the robbery. Upon reviewing the surveillance videos, HPD officers observed a Caucasian male, medium build, wearing a grey and black camouflage pattern hoodie, a black hat, black shoes with white accents on the sole,

4

and a red bandana covering the lower portion of his face, enter the store and brandish a handgun. Words were exchanged and the cashier took out cash from the cash register. The male then took the cash and exited the store. Shortly thereafter, an unknown individual can be seen on the surveillance footage walking to a white van that is parked near the exit facing towards School Street. The individual then entered the van from the passenger side sliding door. As the van departed the area, HPD officers noticed that the roof of the van appeared to be dark and discolored. An undetermined amount of U.S. currency was taken from the store. An employee of the 7-Eleven store described the male as having dirty blonde hair.

*Traffic Stop of the Subject Vehicle*

7.      On July 9, 2019, a HPD patrol officer observed a white 1998 Ford Windstar van bearing Hawaii license plate SPT 462 (Subject Vehicle) with the right side rear license plate light not on, while the left one worked. The HPD officer also observed the right brake light was a different brightness from the center top brake light and the driver's side brake light. The HPD officer conducted a traffic stop on the Subject Vehicle. The HPD officer identified the driver of the Subject Vehicle as Matthew MIDDLETON and the front seat passenger as Trey HASEGAWA.

8. The HPD officer photographed the Subject Vehicle as well as MIDDLETON and HASEGAWA. Copies of the photographs were provided to your affiant.

*Comparison of Photographs of Subject Vehicle*

9. Upon viewing the still shots of the van taken from the surveillance videos of the 7-Eleven (S. King Street location) robbery and the photographs taken during the traffic stop, your affiant recognized similarities with the vehicle. First, the vehicle in both sets of photographs appeared to have two (2) discolored spots on the rear lift gate, one spot being above the license plate area and the other near the passenger side brake light. Second, the vehicle in both sets of photographs had what appeared to be rusting on the roof.

10. Upon viewing the still shots of the male taken from the surveillance videos of the 7-Eleven (Waialae Avenue location) and the photographs taken of MIDDLETON during the traffic stop, your affiant recognized a mole in the same area on the bottom right side of the neck.

11. Upon viewing the still shots of the male taken from the surveillance videos of the 7-Eleven (S. King location) robbery and the photographs taken of HASEGAWA during the traffic stop, your affiant recognized what appeared to be a tattoo on the right forearm.

*HPD interview of D.H.*

12.     On July 11, 2019, a HPD officer interviewed D.H. According to D.H., on July 9, 2019, D.H. saw photographs taken of a suspect during a robbery of a 7-Eleven Store. D.H. recognized the individual in the photograph as Trey HASEGAWA. The HPD officer provided D.H. with a still shot of a male that was taken during the 7-Eleven Store (S. King Street location) robbery. D.H. positively identified the male in the photograph as HASEGAWA by his eyes.

***Arrest of MIDDLETON and HASEGAWA by Honolulu Police Officers***

13.     On July 11, 2019, at approximately 12:30 p.m., officers from HPD arrested HASEGAWA on the property of the Market City Shopping Center located at 2919 Kapiolani Boulevard, Honolulu, Hawaii 96826.

14.     On this same date, at approximately 12:35 p.m., HPD officers arrested MIDDLETON, who was in the Subject Vehicle that was parked on the property of Market City Shopping Center.

15.     Both HASEGAWA and MIDDLETON are currently being held at the Honolulu Police Department pending charges.

***Federal Search Warrant Executed on the Subject Vehicle***

16.     The Subject Vehicle was seized in connection with the arrest of HASEGAWA and MIDDLETON on July 11, 2019. On July 12, 2019, the undersigned affiant applied for and was granted a Federal Search Warrant for the

Subject Vehicle. On this same date, ATF agents conducted a search of the Subject Vehicle with the assistance of HPD officers. Among other items, law enforcement recovered the following items of evidentiary value within a dark gray High Sierra brand backpack that was located behind the passenger side seat: a gray and black camouflage pattern hoodie; a pair of black pants; and two State of Hawaii traffic citations written to Matthew MIDDLETON.

## CONCLUSION

17. Based on the foregoing, I respectfully submit that probable cause exists to believe that Trey HASEGAWA and Matthew MIDDLETON, the defendants, committed the aforementioned offenses.

Respectfully submitted,

JOSEPH VILLAGOMEZ
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable to believe that the defendants above-named committed the charged crimes found to exist by the undersigned Judicial Officer at Honolulu, Hawaii, on July 12, 2019.

Subscribed and Sworn to before me, this __12__ day of July, 2019.

HON. WES R. PORTER
United States Magistrate Judge
District of Hawaii